IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00105-MHT |
| | ) | (WO) |
| D'MIA JANELLE HAYNES | ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment in the amount of $3,000.00 filed on July 29, 2025 (Doc. 27).

Based on the factual basis set forth in the plea agreement (Doc. 20 at 9-10), this court hereby finds that defendant D.Mia Janelle Haynes obtained at least $3,000.00 in proceeds from the Mail Fraud to which she pled guilty. *See* Plea Agreement (Doc. 20) at 9-10. Defendant Haynes agreed to the entry of a forfeiture money judgment for $3,000 in the plea agreement. *Id*. at 7.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

(1) The government's motion is granted.

(2) Pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $3,000.00, and will be included in the Treasury Offset Program, allowing any qualified federal benefits to be applied to offset the balance of this forfeiture money judgment in accordance with 26 U.S.C. § 6402(d) and 31 U.S.C. § 3720A.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property,

and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

This order constitutes the preliminary order of forfeiture required by Fed. R. Crim. P. 32.2(b)(2)(A). This order will become a final forfeiture money judgment at sentencing pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

DONE, this 29th day of August, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE