IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr105-MHT |
| | ) | (WO) |
| **D'MIA JANELLE HAYNES** | ) | |

**ORDER**

Upon consideration of the government's motion to authorize payment from Guardian Credit Union (Doc. 46), and based upon defense counsel's oral representation to chambers staff that the defendant does not oppose the motion, it is ORDERED that:

(1) The motion is granted.

(2) Guardian Credit Union is authorized to issue a cashier's check to the Clerk of Court for the United States District Court for the Middle District of Alabama from the $ 2,000.00 proceeds from two United States postal money orders, each in the amount of $ 1,000.00 (No. 28677207587; No. 28487970347), deposited by defendant D'Mia Janelle Haynes.

(3) The clerk of court is to apply the cashier's check to defendant's D'Mia Janelle Haynes restitution balance.

DONE, this the 26th day of January, 2026.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**